UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MAERSK LINE, | ) Case No. SACV13-288 JST (MGLx) |
| | ) |
| Plaintiff, | ) **JUDGMENT** |
| | ) |
| vs. | ) |
| | ) |
| WESMEX, INC. | ) |
| | ) |
| | ) |
| Defendant. | ) |
| _____ | ) |

///

///

///

1

1. Pursuant to the stipulation between Maersk Line and Wesmex, Inc. judgment is entered in favor of Maersk Line against Wesmex, Inc. as follows:

| | |
|---|---|
| Principal | $112,364.84 |
| Interest | $11,511.72 |
| Attorney's fees | $6,000.00 |
| Costs: | $410.00 |
| Total: | $130,286.56 |

Dated: June 24, 2013

_____
Hon. Josephine Staton Tucker
United States District Judge